# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Bruce P. Kriegman,

       Plaintiff,

               v.

MOHSEN BAGHERIAN, et al.

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-450-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with Article IV.A.3. of the Chapter 11 Trustee's and Official Committee of Unsecured Creditors' Second Modified Plan in the underlying consolidated bankruptcy case, FRBP 7041 and FRCP 41(a)(1)(A), Plaintiff, BRUCE P. KRIEGMAN, solely as Liquidating Trustee under the Plan, filed a Notice of Dismissal for the dismissal of the Plaintiff's claims against Defendants Bagherian Imports, Ltd. and Peak Custom Villas of Colorado. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs as to Defendants Bagherian Imports Ltd. and Peak Custom Villas of Colorado.

March 11, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb